UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG DOUGLAS, | No. 2:14-cv-2605 DAD |
| Plaintiff, | |
| v. | ORDER |
| CAROLYN W. COLVIN, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff has requested authority under 28 U.S.C. § 1915 to proceed in forma pauperis. Plaintiff has submitted the affidavit required by § 1915(a) showing that plaintiff is unable to prepay fees and costs or give security for them. Accordingly, the request to proceed in forma pauperis will be granted.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed in forma pauperis is granted.

2. The Clerk of the Court is directed to issue process and to serve upon plaintiff the undersigned's Scheduling Order and Order re Consent or Request for Reassignment for social security cases.

3. Plaintiff shall serve process and copies of the undersigned's Scheduling Order and Order re Consent or Request for Reassignment not later than sixty (60) days from the date of

1

1  this order.  Service of process shall be completed by delivering all necessary documents to the
2  United States Attorney for the Eastern District of California and by sending copies of the
3  summons, complaint and court orders by registered or certified mail to the Attorney General of
4  the United States at Washington, D.C.  <u>See</u> FED. R. CIV. P. 4(i)(1)(A) & (B).  Copies of the
5  summons, complaint and court orders shall also be served by registered or certified mail on the
6  Commissioner of Social Security, c/o Office of the General Counsel, Region IX, 160 Spear
7  Street, Suite 800, San Francisco, CA 94105-1545.[1]  <u>See</u> FED. R. CIV. P. 4(i)(2).

Dated:  January 23, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:6
ddad1/orders.soc sec/douglas2605.ifp.docx

---

[1] Plaintiff's counsel has requested permission to effect service in lieu of the United States Marshal's Service.  (Dkt. No. 1-2.)