BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney
Social Security Administration

    Office of the General Counsel
    160 Spear St. Ste. 800
    San Francisco, CA  94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134
    Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| CRAIG DOUGLAS,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:14-cv-02605-DAD<br><br>AMENDED STIPULATION AND ORDER FOR AN EXTENSION OF TIME |
|---|---|

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Defendant's time to respond to Plaintiff's Motion for Summary Judgment be extended to October 15, 2015.  Defendant's response was originally due September 15, 2015.  This extension is necessary because due to an extremely heavy caseload and absence from the office.  Counsel for Defendant needs additional time to review Plaintiff's contentions and to explore the possibility of settlement.

-1-

1    Counsel for Defendant asserts that he did not act in bad faith and that the error was
2    completely inadvertent.  Defendant's Counsel apologizes to the Court for any inconvenience
3    caused by this delay.

Respectfully submitted,

Dated: September 15, 2015        */s/Harvey Peter Sackett*
                                 HARVEY PETER SACKETT
                                 Attorney for Plaintiff
                                 [As authorized by telephone]

Dated: September 15, 2015        BENJAMIN B. WAGNER
                                 United States Attorney
                                 DONNA L. CALVERT
                                 Acting Regional Chief Counsel, Region IX
                                 Social Security Administration

                          By:    */s/ Theophous H. Reagans*
                                 THEOPHOUS H. REAGANS
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  September 14, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\douglas2605.stip.eot.ord.docx

-2-