BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel
Social Security Administration
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney
Social Security Administration

    Office of the General Counsel
    160 Spear St. Ste. 800
    San Francisco, CA  94105
    Telephone: (415) 977-8938
    Facsimile: (415) 744-0134
    Email: theophous.reagans@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG DOUGLAS,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:14-cv-02605-DAD<br><br>STIPULATION AND ORDER FOR EXTENSION |

    IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Defendant's time to respond to Plaintiff's Motion for Summary Judgment be extended to November 15, 2015.  Defendant's response was originally due September 15, 2015.  This extension is necessary because the parties are considering settlement.  Counsel for Defendant asserts that this request is made in good faith and

-1-

1  with no intent to cause unnecessary delay in this case.  Defendant's Counsel apologizes to the
2  Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: October 15, 2015 	/s/Paul Eaglin for Harvey Sackett
HARVEY PETER SACKETT
Attorney for Plaintiff
[As authorized by telephone]

Dated: October 15, 2015 	BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: 	/s/ Theophous H. Reagans
THEOPHOUS H. REAGANS
Special Assistant U.S. Attorney

Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  October 16, 2015

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.soc sec\douglas2605.stip.eot2.ord.docx